UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Kevin Ebanks,

        Plaintiff,

vs.

Trans Union, LLC,
a Delaware limited liability company,
Flagship Credit Acceptance, LLC,
a Delaware limited liability company, and
Webbank,
a Utah corporation,

        Defendants.
_____/

Case No. 3:19-cv-00618-MMH-JBT
Hon. Marcia Morales Howard

## FIRST AMENDED COMPLAINT AND DEMAND FOR JURY

NOW COMES THE PLAINTIFF, KEVIN EBANKS, BY AND THROUGH COUNSEL, Michael J. Duggar, and for his First Amended Complaint against the Defendants, pleads as follows:

### I.

### NATURE OF THE ACTION

1. This is an action brought by a consumer for violation of the Fair Credit Reporting Act (15 U.S.C. §1681, *et seq*. [hereinafter "FCRA"]).

## II.

## JURISDICTION AND VENUE

2. This court has jurisdiction under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681p.

3. The transactions and occurrences which give rise to this action occurred in the City of Jacksonville, Duval County, Florida.

4. Venue is proper in the Middle District of Florida.

## III.

## PARTIES

5. Plaintiff is a natural person residing in Jacksonville, Duval County, Florida.

6. The Defendants to this lawsuit are:

   a. Trans Union, LLC ("Trans Union"), a Delaware limited liability company that conducts business in the State of Florida;

   b. Flagship Credit Acceptance, LLC ("Flagship"), a Delaware limited liability company that conducts business in the State of Florida; and

   c. Webbank, a Utah corporation that maintains its principal office in Utah.

## IV.

## **GENERAL ALLEGATIONS**

7. Flagship and Webbank (collectively "Furnishers") are inaccurately reporting their tradelines (collectively "Errant Tradelines") in Plaintiff's credit files.

8. Specifically, Flagship is inaccurately reporting its Errant Tradeline on Plaintiff's Trans Union credit disclosure with an erroneous monthly payment amount of $310.00.

9. The account reflected by Flagship's Errant Tradeline was charged off and closed. Plaintiff no longer has an obligation to make monthly payments.

10. Webbank is inaccurately reporting its Errant Tradeline on Plaintiff's Trans Union credit disclosure with an erroneous remark of, "Affected by natural disaster."

11. The account reflected by Webbank's Errant Tradeline was never affected by a natural disaster; and thus, the erroneous remark is false.

12. On April 24, 2018, Plaintiff obtained his Trans Union credit disclosure and noticed the Errant Tradelines reporting inaccurately.

13. On or about July 6, 2018, Plaintiff submitted a letter to Trans Union disputing the Errant Tradelines.

14. In his dispute letter, Plaintiff explained that the account reflected by Flagship's Errant Tradeline had been charged off and asked the monthly payment to be reported as $0.00.

15. In his dispute letter, Plaintiff also explained that the account reflected by Webbank's Errant Tradeline with the remark, "Affected by natural disaster," is false as the account was not affected by a natural disaster. Plaintiff asked Trans Union to remove the false remark.

16. Trans Union forwarded Plaintiff's consumer dispute to the Furnishers.

17. Plaintiff had not received Trans Union's investigation results. Therefore, on August 21, 2018, Plaintiff obtained his Trans Union credit disclosure which showed that Trans Union and Flagship failed or refused to report the scheduled monthly payment as $0.00 on Flagship's Errant Tradeline; and that Trans Union and Webbank failed or refused to remove the false remark of "Affected by natural disaster" from Webbank's Errant Tradeline.

18. As a direct and proximate cause of the Defendants' negligent and/or willful failure to comply with the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*, Plaintiff has suffered credit and emotional damages. Plaintiff has also experienced undue stress and anxiety due to Defendants' failure to correct the errors in his credit file or improve his financial situation by obtaining

new or more favorable credit terms as a result of the Defendants' violations of the FCRA.

## COUNT I

## NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY FLAGSHIP

19. Plaintiff realleges the above paragraphs as if recited verbatim.

20. After being informed by Trans Union of Plaintiff's consumer dispute of the scheduled monthly payment amount, Flagship negligently failed to conduct a proper investigation of Plaintiff's dispute as required by 15 USC 1681s-2(b).

21. Flagship negligently failed to review all relevant information available to it and provided by Trans Union in conducting its reinvestigation as required by 15 USC 1681s-2(b) and failed to direct Trans Union to report the Errant Tradeline with a $0.00 monthly payment amount.

22. The Errant Tradeline is inaccurate and creates a misleading impression on Plaintiff's consumer credit file with Trans Union to which it is reporting such tradeline.

23. As a direct and proximate cause of Flagship's negligent failure to perform its duties under the FCRA, Plaintiff has suffered damages, mental anguish, suffering, humiliation, and embarrassment.

24. Flagship is liable to Plaintiff by reason of its violations of the FCRA in an amount to be determined by the trier of fact together with reasonable attorneys' fees pursuant to 15 USC 1681o.

25. Plaintiff has a private right of action to assert claims against Flagship arising under 15 USC 1681s-2(b).

**WHEREFORE, PLAINTIFF PRAYS** that this court grants him a judgment against the Defendant Flagship for damages, costs, interest, and attorneys' fees.

### COUNT II

**WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY FLAGSHIP**

26. Plaintiff realleges Paragraphs 7-18 as if recited verbatim.

27. After being informed by Trans Union that Plaintiff disputed the accuracy of the information it was providing, Flagship willfully failed to conduct a proper reinvestigation of Plaintiff's dispute, and willfully failed to direct Trans Union to report the Errant Tradeline with a $0.00 monthly payment amount.

28. Flagship willfully failed to review all relevant information available to it and provided by Trans Union as required by 15 USC 1681s-2(b).

29. As a direct and proximate cause of Flagship's willful failure to perform its duties under the FCRA, Plaintiff has suffered damages, mental anguish, suffering, humiliation, and embarrassment.

30. Flagship is liable to Plaintiff for either statutory damages or actual damages he has sustained by reason of its violations of the FCRA in an amount to be determined by the trier of fact, together with an award of punitive damages in the amount to be determined by the trier of fact, as well as for reasonable attorneys' fees and he may recover therefore pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants him a judgment against the Defendant Flagship for the greater of statutory or actual damages, plus punitive damages, along with costs, interest, and attorneys' fees.

## COUNT III

**NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY WEBBANK**

31. Plaintiff realleges Paragraphs 7-18 as if recited verbatim.

32. After being informed by Trans Union of Plaintiff's consumer dispute of the erroneous remark, "Affected by natural disaster," Webbank negligently failed to conduct a proper investigation of Plaintiff's dispute as required by 15 USC 1681s-2(b).

33. Webbank negligently failed to review all relevant information available to it and provided by Trans Union in conducting its reinvestigation as required by

7

15 USC 1681s-2(b) and failed to direct Trans Union to remove the remark, "Affected by natural disaster," from its Errant Tradeline.

34. The Errant Tradeline is inaccurate and creates a misleading impression on Plaintiff's consumer credit file with Trans Union to which it is reporting such tradeline.

35. As a direct and proximate cause of Webbank's negligent failure to perform its duties under the FCRA, Plaintiff has suffered damages, mental anguish, suffering, humiliation, and embarrassment.

36. Webbank is liable to Plaintiff by reason of its violations of the FCRA in an amount to be determined by the trier of fact together with reasonable attorneys' fees pursuant to 15 USC 1681o.

37. Plaintiff has a private right of action to assert claims against Webbank arising under 15 USC 1681s-2(b).

**WHEREFORE, PLAINTIFF PRAYS** that this court grants him a judgment against the Defendant Webbank for damages, costs, interest, and attorneys' fees.

## COUNT IV

### WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY WEBBANK

38. Plaintiff realleges Paragraphs 7-18 as if recited verbatim.

39. After being informed by Trans Union that Plaintiff disputed the accuracy of the information it was providing, Webbank willfully failed to conduct a proper reinvestigation of Plaintiff's dispute, and willfully failed to direct Trans Union to remove the remark, "Affected by natural disaster," from its Errant Tradeline.

40. Webbank willfully failed to review all relevant information available to it and provided by Trans Union as required by 15 USC 1681s-2(b).

41. As a direct and proximate cause of Webbank's willful failure to perform its duties under the FCRA, Plaintiff has suffered damages, mental anguish, suffering, humiliation, and embarrassment.

42. Webbank is liable to Plaintiff for either statutory damages or actual damages he has sustained by reason of its violations of the FCRA in an amount to be determined by the trier of fact, together with an award of punitive damages in the amount to be determined by the trier of fact, as well as for reasonable attorneys' fees and he may recover therefore pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants him a judgment against the Defendant Webbank for the greater of statutory or actual damages, plus punitive damages, along with costs, interest, and attorneys' fees.

## COUNT V

## NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY TRANS UNION

43. Plaintiff realleges Paragraphs 7-18 as if recited verbatim.

44. Defendant Trans Union prepared, compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding Plaintiff as that term is defined in 15 USC 1681a.

45. Such reports contained information about Plaintiff that was false, misleading, and inaccurate.

46. Trans Union negligently failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Plaintiff, in violation of 15 USC 1681e(b).

47. After receiving Plaintiff's consumer dispute to the Errant Tradelines, Trans Union negligently failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

48. As a direct and proximate cause of Trans Union's negligent failure to perform its duties under the FCRA, Plaintiff has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

49. Trans Union is liable to Plaintiff by reason of its violation of the FCRA in an amount to be determined by the trier of fact together with his reasonable attorneys' fees pursuant to 15 USC 1681o.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants him a judgment against Trans Union for actual damages, costs, interest, and attorneys' fees.

## COUNT VI

### WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY TRANS UNION

50. Plaintiff realleges Paragraphs 7-18 as if recited verbatim.

51. Defendant Trans Union prepared, compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding Plaintiff as that term is defined in 15 USC 1681a.

52. Such reports contained information about Plaintiff that was false, misleading, and inaccurate.

53. Trans Union willfully failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information that it reported to one or more third parties pertaining to Plaintiff, in violation of 15 USC 1681e(b).

54. After receiving Plaintiff's consumer dispute to the Errant Tradelines, Trans Union willfully failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

55. As a direct and proximate cause of Trans Union's willful failure to perform its duties under the FCRA, Plaintiff has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

56. Trans Union is liable to Plaintiff by reason of its violations of the FCRA in an amount to be determined by the trier of fact together with his reasonable attorneys' fees pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants him a judgment against Defendant Trans Union for the greater of statutory or actual damages, plus punitive damages along with costs, interest, and reasonable attorneys' fees.

## **JURY DEMAND**

Plaintiff hereby demands a trial by Jury.

DATED: July 3, 2019				By /s/Michael J. Duggar
						Michael J. Duggar
						Florida Bar No. 0080306
						P.O. Box 192
						Christmas, FL 32709
						Telephone:  (321) 251-7766
						Facsimile:  (321) 226-0244
						Email:  litig8tr59@gmail.com
						Attorney(s) for Plaintiff,
						Kevin Ebanks


### **Proof of Service**

I, Michael J. Duggar, hereby certify that on July 3, 2019, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via this Court's CM/ECF system.

/s/ Michael J. Duggar

13